# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0352
_____

RODGER HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert E. Long, Jr., Judge.

May 10, 2019

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Rodger Hayes, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.